1  Legal Recovery Law Offices, Inc.
2  John Goodman SB#147569
   5030 Camino De La Siesta
3  San Diego California 92108
   (800) 785-4001 ext 8343
4

5  Attorneys for Defendant
   LEGAL RECOVERY LAW OFFICES, INC

6

7

8                    UNITED STATES DISTRICT COURT
9
         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

11

12  MONIR MIRSHAFIEI                 )  CASE NO.: 8:15-CV-00873-CJC-DFM
                                     )
13            Plaintiff              )  EX PARTE APPLICATION FOR AN
                                     )  ORDER ENLARGING
14  v.                               )  THE TIME TO FILE  OPPOSITION
                                     )  TO PLAINTIFF'S MOTION FOR
15  LEGAL RECOVERY LAW OFFICES, INC. )  SUMMARY JUDGMENT OR
                                     )  SUMARY ADJUDICATION OF
16           Defendant(s).           )  ISSUES
                                     )
17                                   )

18

19

20

21
         Pursuant to Rule 7-19 of the Local Rules for the United States District Court
22
23  for  the  Central District of California, defendant Legal Recovery Law Offices, Inc.
24  applies for an order extending the current date of August 30, 2016 for a period of  14
25  days from this Court's Order granting the instant application, to file its Opposition to
26  Motion for Summary Judgment or Summary Adjudication of issues.
27

28

As set forth in the Declaration of John Goodman, good cause exists because the dispositive motion is immediately due, I received the approximately 500 page motion one day ago, all day was devoted to reading and drafting a response, and a good faith cogent Opposition cannot be filed in the time allotted.   I am only substituting in as of even date for ertstwhile/former counsel Hunter Hoestenbach, Esq. I have attempted to gain the agreement of opposing counsel to a continuance or extension and have neither received a return call, not consent. I have sent the request to two email contacts, and both written requests for stipulation were kicked with vacation messages until September 5th and 6th, respectively.  I am informed Hunter Hoestenbach's repeated attempts last week to stipulate to an extension of time were rebuffed.  Additionally, this is the initial request to obtain an extension of time to respond to plaintiff's motion for summary judgment, I can conceive of no prejudice to the opposition so long as time is afforded for them to reply.

DATED:  August 31, 2016                    Legal Recovery Law Offices, Inc.


By:      __/s/_____
            John Goodman, Esq

**Attorneys for Defendant**
**Legal Recovery Law Offices, Inc.**

Legal Recovery Law Offices, Inc.
John Goodman SB#147569
5030 Camino De La Siesta
San Diego California 92108
(800) 785-4001 ext 8343

Attorneys for Defendant
LEGAL RECOVERY LAW OFFICES, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MONIR MIRSHAFIEI | CASE NO.: 8:15-CV-00873-CJC-DFM |
| Plaintiff | EX PARTE APPLICATION FOR AN ORDER ENLARGING THE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR SUMARY ADJUDICATION OF ISSUES |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC. | |
| Defendant(s). | |

Pursuant to Rule 7-19 of the Local Rules for the United States District Court for the Central District of California, defendant Legal Recovery Law Offices, Inc. applies for an order extending the current date of August 30, 2016 for a period of 14 days from this Court's Order granting the instant application, to file its Opposition to Motion for Summary Judgment or Summary Adjudication of issues.

I John Goodman declare:

1. Good cause exists because the dispositive motion for summary judgment is immediately due, I received the approximately 500 page motion one day ago, all day was devoted to reading and drafting a response, and a good faith cogent Opposition cannot be filed in the time allotted.

2. I am substituting in as of even date for erstwhile/former counsel Hunter Hoestenbach, Esq. I have attempted to gain the agreement of opposing counsel to a continuance or extension and have neither received a return call, not consent.

3. I have sent the request to two email contacts, and both written requests for stipulation were kicked with vacation messages until September 5th and 6th, respectively. I can conceive of no prejudice to the opposition so long as time is afforded for them to reply.

4. I am informed Hunter Hoestenbach's repeated attempts last week to stipulate to an extension of time were rebuffed.

DATED: August 31st,                          Legal Recovery Law Offices, Inc.


                                        By:    _/s/_____
                                               John Goodman, Esq

                                        **Attorney for Defendant**
                                        **Legal Recovery Law Offices, Inc.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLICATION EX PARTE TO ENLARGE TIME FOR OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT
(CASE NO.: 8:15-CV-00873-CJC-DFM)

1  |  Legal Recovery Law Offices, Inc.
2  |  John Goodman SB#147569
3  |  5030 Camino De La Siesta
   |  San Diego California 92108
   |  (800) 785-4001 ext 8343
4
5  |  Attorneys for Defendant
   |  LEGAL RECOVERY LAW OFFICES, INC
6
7
8
9              UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11

12  | MONIR MIRSHAFIEI                  )  CASE NO.: 8:15-CV-00873-CJC-DFM
                                        )
13  |              Plaintiff            )  [PROPOSED] ORDER ENLARGING
                                        )  THE TIME TO FILE  OPPOSITION
14  | v.                                )  TO PLAINTIFF'S MOTION FOR
                                        )  SUMMARY JUDGMENT OR
15  | LEGAL RECOVERY LAW OFFICES, INC.  )  SUMARY ADJUDICATION OF
                                        )  ISSUES
16  |          Defendant(s).            )
                                        )
17                                      )

18

19

20

21

22          GOOD CAUSE APPEARING, petitioner's Ex Parte Application For  An

23  Order Enlarging The Time File Opposition to Monir Mirshafiei's Motion for

24  Summary Judgment or Summary Adjudication of issues is Granted.  Defendant.

25  LRLO is ordered to file the Opposition within (14) days after this Court's

26  order.

27

28

1

IT IS SO ORDERED

2

3

Dated: _____          _____

4

CORMAC J. CARNEY
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION EX PARTE TO ENLARGE TIME FOR OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT
(CASE NO.: 8:15-CV-00873-CJC-DFM)