1  Legal Recovery Law Offices, Inc.
   John Goodman SB#147569
2  5030 Camino De La Siesta
   San Diego California 92108
3  (800) 785-4001 ext 8343
4
   Attorney for Defendant
5  LEGAL RECOVERY LAW OFFICES, INC

6

7                    UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
9

10
11  MONIR MIRSHAFIEI              ) CASE NO.: 8:15-CV-00873-CJC-DFM
                                  )
12              Plaintiff         ) DEFENDANT'S EX PARTE
                                  ) APPLICATION FOR AN ORDER TO
13  v.                            ) ALLOW THE FILING OF AN
                                  ) AMENDMENT ADDING TWO
14  LEGAL RECOVERY LAW OFFICES, INC. ) DOCUMENTS TO ITS OPPOSITION
                                  ) TO PLAINTIFF'S MOTION FOR
15              Defendant(s).     ) SUMMARY JUDGMENT AND OR
                                  ) SUMMARY ADJUDIOCIATION OF
16                                ) ISSUES
17
18
19                                  DATE: October 5th, 2016
                                    TIME: 1:30P.M.
20                                  LOCATION: 9B
21
                                    HON. CORMAC J. CARNEY
22
23
         Pursuant to Rule 7-19 of the Local Rules for the United States District Court
24
    for the Central District of California, defendant Legal Recovery Law Offices, Inc.
25
26  applies for an order ALLOWING ITS FILING OF AN AMENDMENT TO ITS
27
    OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. This motion is made
28

on grounds LRLO recently obtained a copy of a bank statement between plaintiff and the original creditor, as well as a Declaration of account transfer.

The documents are probative as to the following facts: (1) the underlying debt and its amount were bona fide and true, (2) Monir Mirshafiei used the service address as her billing address on this personal consumer debt, (3) LRLO was entitled to sue for its client, and did so for the proper amount and (4) served plaintiff at the address Monir Mirshafiei herself provided the creditor.

There is no countervailing prejudice to the plaintiff in the Court considering extremely probative evidence on this motion that bears upon the 15 USC 1692 et seq claims related to filing an invalid proof of service, misrepresenting that Arrow had a right to collect, filing a claim without investigation, and frivolity in opposing the motion to set aside.

The request here is very limited. Defendant simply wishes to insert 2 Exhibits attached to Declaration of Andrew Rundquist, and add the two exhibits as reference data in the separate statement. Exhibit 1 is the above mentioned charge-off statement. Exhibit 2 is the Declaration of Account transfer as between Sherman entities and LVNV Funding containing the data file of Arrow Financial which includes the Monir Mirshafiei account.

Plaintiff and defendant have met and conferred in good faith pursuant to local rule 7-3 and have been unable to reach a stipulation to the requested Order.

1
2   DATED: September 21st. 2016                    Legal Recovery Law Offices, Inc.
3
4
5                                          By:    /s/_____
                                                  *John Goodman, Esq*
6
                                           **Attorneys for Defendant**
7                                          **Legal Recovery Law Offices, Inc.**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S EX PARTE TO FILING OF AN AMENDED OPPOSITION

(CASE NO.: 8:15-CV-00873-CJC-DFM)