# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONIR MIRSHAFIEI,** <br><br> Plaintiff, <br><br> vs. <br><br> **LEGAL RECOVERY LAW OFFICES INC.,** <br><br> Defendants. | Case No.: 8:15-cv-00873-CJC-DFM <br><br> **JUDGMENT** <br><br> Hon. Cormac J. Carney |

Having considered the parties' stipulation for entry of judgment against Defendant Legal Recovery Law Offices, Inc. ("LRLO" or "Defendant") filed in the above-captioned action, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff Monir Mirshafiei against Defendant Legal Recovery Law Offices, Inc. for the sum of $200,000.00 (two hundred thousand dollars).

**IT IS SO ORDERED**.

DATED: September 27, 2018      By: _____
                                        HON. CORMAC J. CARNEY
                                        U.S. DISTRICT COURT JUDGE

- 1 -
JUDGMENT